1  QUINN EMANUEL URQUHART
       & SULLIVAN, LLP
2  James R. Asperger (Bar No. 83188)
   jimasperger@quinnemanuel.com
3  865 S. Figueroa St., 10th Floor
4  Los Angeles, California 90017
   Telephone: (213) 443-3000
5  Facsimile:  (213) 443-3100

6  *Attorney for Express Scripts, Inc.*

7

8

9  **UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA
10     SOUTHERN DIVISION**

| | |
|---|---|
| 11  **IN RE SUBPOENAS *DUCES TECUM* AND TO TESTIFY AT DEPOSITION TO OPTUMRX, INC.** | Case No. 8:17-MC-00025 JVS (FFMx) |
| 14  **ANTHEM, INC**, <br><br> Plaintiff and Counter-Defendant, <br><br> vs. <br><br> **EXPRESS SCRIPTS, INC.**, <br><br> Defendant and Counter-Plaintiff. | Underlying Litigation: <br> Civil Action No. 1:16-cv-02048-ER <br> United States District Court <br> Southern District of New York <br><br> **[PROPOSED] ORDER ON JOINT STIPULATION TO TRANSFER MOTION RELATED TO SUBPOENAS FROM ANOTHER DISTRICT TO THE SOUTHERN DISTRICT OF NEW YORK** |

-1-
[PROPOSED] ORDER ON JOINT STIPULATION TO TRANSFER MOTION RELATED TO SUBPOENAS FROM ANOTHER DISTRICT TO THE SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| 1 | This matter is before the Court on the Parties' Joint Stipulation to Transfer Motion Related to Subpoenas from Another District to the Southern District of New York. Having reviewed the matter, the Court has determined that the request should be GRANTED. |

   1  This matter is before the Court on the Parties' Joint Stipulation to Transfer
   2  Motion Related to Subpoenas from Another District to the Southern District of New
   3  York. Having reviewed the matter, the Court has determined that the request should
   4  be GRANTED.
   5      The clerk is hereby directed to TRANSFER Express Scripts, Inc.'s Motion to
   6  Compel OptumRx, Inc. to Comply with a Subpoena *Duces Tecum* and a Subpoena
   7  to Testify at Deposition (ECF Nos. 1; 2) to the United States District Court for the
   8  Southern District of New York.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: November 8, 2017
_____

By  /S/FREDERICK F. MUMM
Judge Frederick F. Mumm
United States Magistrate Judge