USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 11/16/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION TO OPTUMRX, INC. | **NOTICE OF COURT CONFERENCE**<br><br>17 Misc. 458 (ER) |

A conference on Express Scripts, Inc.'s motion to compel will be held before the Honorable Edgardo Ramos, U.S.D.J., on **Tuesday, November 21 at 11:00 a.m.** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, Courtroom 619.

Express Scripts, Inc. is directed to provide a copy of this Order to counsel for OptumRX.

Dated:     November 16, 2107
           New York, New York

                                              /s/ Stephanie Krent_____
                                              Stephanie Krent, Law Clerk